UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

**C.P. MOTION, INC.**

Case No. 11-16072-LMI
Chapter 7

Debtor.
_____/

**BARRY E. MUKAMAL** as
Chapter 7 Trustee,

Adv. Proc. No. 13-01179-LMI

Plaintiff,
v.

TOYOTA MOTOR CREDIT CORPORATION,
a/k/a LEXUS FINANCIAL SERVICES,

Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, BARRY E. MUKAMAL as Chapter 7 Trustee (hereinafter "Trustee") in the above-styled matter, and files this Notice of Voluntary Dismissal and voluntarily dismisses the underlying complaint in this Cause and otherwise dismisses this Adversary Case pursuant to the terms of a settlement that well be filed in the parent case. It is requested the Court retain jurisdiction to reinstate this adversary if the settlement is not approved or complied with.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of this pleading was served via ecf on November 8th, 2013 upon: **AUST**; **Barry E. Mukamal, Trustee**, and **Kenneth M. Jones, Esq.**

Dated: November 8th, 2013

Trustee's Counsel
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar No. 0009164